# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IRON MAIDEN HOLDINGS LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-5574

Judge Thomas M. Durkin

Magistrate Judge Jeffrey Cole

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 24, 2019 [45] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 238 | porco0rosso |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January 14, 2020                    Respectfully submitted,

*Yi Bu*
_____

Yi Bu (Bar No. 6328713)
JiangIP LLC
312-675-6296
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6296
Email: ybu@jiangip.com
**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yi Bu, on this 14 th day of January, 2020.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

_____
Notary Public

State of    IL
County of    COOK